| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Choice Market Holdings, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ampla**<br>1239 Broadway<br>12th Floor<br>New York, NY 10001 | | | | | | $685,068.42 |
| **US Small Business Administration**<br>721 19th Street<br>Suite 426<br>Denver, CO 80202 | | | | | | $500,000.00 |
| **Holland and Hart**<br>P.O. Box 17283<br>Denver, CO 80217 | | | | | | $130,471.25 |
| **1737 East Evans Avenue LLC**<br>303 East 17th Avenue<br>Suite 920<br>Denver, CO 80203 | | | **Contingent Unliquidated** | | | $116,839.50 |
| **Silicon Valley Bank Credit Card**<br>3003 Tasman Drive<br>Santa Clara, CA 95054 | | | | | | $98,764.84 |
| **Amanda Dentici**<br>235 West 56th STreet<br>Apt. 11D<br>New York, NY 10019 | | | | | | $64,216.44 |
| **HHP Partner COL, LLC**<br>P.O. Box 772648<br>Detroit, MI 48277 | | | **Contingent Unliquidated** | | | $53,377.44 |
| **CBIZ and Mayer Hoffman McCann PC**<br>New York, NY 10019 | | | | | | $51,840.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

**Debtor** Choice Market Holdings, Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KEHE Distributors, LLC<br>P.O. Box 101593<br>Pasadena, CA 91189 | | | Contingent<br>Unliquidated | | | $43,063.48 |
| Alexa Tetzlaff<br>3200 East Cherry Creek South Dr.<br>STE 200<br>Denver, CO 80209 | | Jan. and Feb. Deferred Compensation | | | | $32,500.00 |
| North Star Leasing<br>747 Pine Street<br>Suite 201<br>Burlington, VT 05401 | | | | | | $20,701.09 |
| DPS Security, LLC<br>1700 Lincoln Street<br>Denver, CO 80203 | | | Contingent<br>Unliquidated | | | $20,034.00 |
| King Tide<br>4201-C Spruill Avenue<br>Charleston, SC 29401 | | | | | | $20,000.00 |
| Local Solutions<br>3 Corporate Park Drive<br>Unit 1<br>Derry, NH 03038 | | | | | | $13,867.00 |
| Cohere<br>920 Cherry Valley<br>Princeton, NJ 08540 | | | | | | $10,134.55 |
| Sysco<br>714 2nd Place<br>Lubbock, TX 79401 | | | Contingent<br>Unliquidated | | | $9,217.14 |
| Messner Reeves LLP<br>1430 Wynkoop Street<br>Denver, CO 80202 | | | | | | $8,890.00 |
| Shift Workspaces<br>383 North Corona Street<br>Denver, CO 80218 | | | | | | $8,268.97 |
| US Foods, Inc.<br>Department 597<br>Denver, CO 80271 | | | Contingent<br>Unliquidated | | | $4,253.37 |
| AIFI, Inc.<br>405 El Camino Real #519<br>Menlo Park, CA 94025 | | | Contingent<br>Unliquidated | | | $4,200.00 |