Employee Payroll Obligation

| Employee | Amount | Location |
|---|---|---|
| Baack, Darin | $ 2,400.00 | Broadway |
| Fernandez, Gustavo | $ 1,093.83 | Broadway |
| Ochoa, Mikey | $ 1,393.65 | Broadway |
| Dominguez, Miguel | $ 1,444.96 | Bannock |
| Ornelas, Rosa | $ 2,104.08 | Bannock |
| Samuelson, Rain | $ 1,023.20 | Bannock |
| Emmanuel, Luna | $ 1,686.52 | Bannock |
| Dolfi, Sarah | $ 3,596.56 | Bannock |
| Saylor, Kevin | $ 3,173.28 | Bannock |
| Fogarty, Michael | $ 8,769.23 | Holdings |
| Adams, Sturgis | $ 13,538.48 | Holdings |
| Tetzlaff, Alexa | $ 12,692.30 | Holdings |
|  | $ 52,916.09 |  |