# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| CHOICE MARKET HOLDINGS INC | ) Case No. 24-12394 JGR |
| EIN: 88-2490456 | ) Chapter 7 |
|    *Debtor.* | ) |
| | ) |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

     I, Joli A. Lofstedt, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. On January 10, 2025, the case was converted to a case under Chapter 7 with no plan confirmed and no plan payments made to the trustee. The trustee has not yet requested compensation under 11 U.S.C. § 330(a). I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion. I request that I be discharged from any further duties as the Chapter 11 Subchapter V trustee.

Dated: March 6, 2025.              */s/ Joli A. Lofstedt*
                                                                    Joli A. Lofstedt, Trustee
                                                                    P.O. Box 270561
                                                                    Louisville, CO 80027
                                                                    Ph: (303) 476-6915
                                                                    Fx: (303) 604-2964
                                                                    joli@jaltrustee.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**