United States Bankruptcy Court
District of Colorado

In re:  
Choice Market Holdings, Inc.,  
    Debtor

Case No. 24-12394-JGR  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 2  
Date Rcvd: Mar 07, 2025      Form ID: pdf904      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Choice Market Holdings, Inc., 1770 North Broadway, Denver, CO 80202-3853 |
| 19601156 | + | 1737 East Evans Avenue LLC, 303 East 17th Avenue, Suite 920, Denver, CO 80203-1262 |
| 19601157 | + | AIFI, Inc., 405 El Camino Real, #519, Menlo Park, CA 94025-5240 |
| 19601158 | + | Alexa Tetzlaff, 3200 East Cherry Creek South Dr., STE 200, Denver, CO 80209-3245 |
| 19601160 | + | Amanda Dentici, 235 West 56th STreet, Apt. 11D, New York, NY 10019-4309 |
| 19601161 | + | Ampla, 1239 Broadway, 12th Floor, New York, NY 10001-4336 |
| 19601162 | | CBIZ and Mayer Hoffman McCann PC, New York, NY 10019 |
| 19601165 | + | Cohere, 920 Cherry Valley, Princeton, NJ 08540-7627 |
| 19601174 | + | DPS Security, LLC, 1700 Lincoln Street, Denver, CO 80203-4500 |
| 19601180 | + | HHP Partner COL, LLC, P.O. Box 772648, Detroit, MI 48277-2648 |
| 19601181 | + | Holland and Hart, P.O. Box 17283, Denver, CO 80217-0283 |
| 19601184 | + | KEHE Distributors, LLC, P.O. Box 101593, Pasadena, CA 91189-0020 |
| 19601186 | + | King Tide, 4201-C Spruill Avenue, Charleston, SC 29405-4929 |
| 19601187 | #+ | Local Solutions, 3 Corporate Park Drive, Unit 1, Derry, NH 03038-2281 |
| 19601191 | + | North Star Leasing, 747 Pine Street, Suite 201, Burlington, VT 05401-5196 |
| 19601196 | + | Shift Workspaces, 383 North Corona Street, Denver, CO 80218-3945 |
| 19601197 | + | Silicon Valley Bank Credit Card, 3003 Tasman Drive, Santa Clara, CA 95054-1191 |
| 19601200 | + | Sysco, 714 2nd Place, Lubbock, TX 79401-1502 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Mar 07 2025 22:44:31 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood, CO 80214-1407 |
| 19601189 | | Email/Text: bankruptcy@messner.com | Mar 07 2025 22:28:00 | Messner Reeves LLP, 1550 Wewatta Street, Suite 710, Denver, CO 80202 |
| 19601205 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Mar 07 2025 22:28:00 | US Foods, Inc., Department 597, Denver, CO 80271-0001 |
| 19601206 | + | Email/Text: bankruptcynotices@sba.gov | Mar 07 2025 22:28:00 | US Small Business Administration, 721 19th Street, Suite 426, Denver, CO 80202-2517 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

| District/off: 1082-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: pdf904 | Total Noticed: 22 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alison Goldenberg | on behalf of U.S. Trustee US Trustee Alison.Goldenberg@usdoj.gov  janice.hensen@usdoj.gov |
| Amalia Y Sax-Bolder | on behalf of Interested Party St. Charles Colfax  LLC asax-bolder@bhfs.com, aciabattoni@bhfs.com,iblumberg@bhfs.com |
| Deanna L. Westfall | on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov |
| Jason Rodriguez | on behalf of Creditor LMC Welton Holdings  LP jrodriguez@higierallen.com, cfincher@higierallen.com |
| Jennifer M Salisbury | on behalf of Creditor UnitedHealthcare Insurance Company jsalisbury@markuswilliams.com janderson@markuswilliams.com;docket@markuswilliams.com |
| John Leininger | on behalf of Creditor InBank jcl@os.law  cpoteete@sbbolaw.com |
| Joli A. Lofstedt | joli@jaltrustee.com  ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com |
| Peter A. Cal | on behalf of Creditor Equity Residential Management  LLC pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com |
| Rachael L Smiley | on behalf of Creditor Ampla  LLC rsmiley@fbfk.law |
| Roger F. Friedman | on behalf of Creditor GUGV Speer Bannock Denver Property Owning LLC rfriedman@rutan.com |
| Stephen M Hladik | on behalf of Creditor North Star Leasing  a Division of Peoples Bank shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| Steven E. Abelman | on behalf of Interested Party St. Charles Colfax  LLC sabelman@bhfs.com, gpassow@bhfs.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| In re:<br>CHOICE MARKET HOLDINGS, INC.<br>EIN: 88-2490456<br><br>Debtor. | Case No. 24-12394-JGR<br>Chapter 7 |
|---|---|

## ORDER GRANTING MOTION TO CONTINUE PRELIMINARY HEARING

AND NOW, upon consideration of the Motion to Continue the Hearing on North Star Leasing's, a division of Peoples Bank's Motion for Relief from the Automatic Stay, it is hereby:

ORDERED that the telephonic preliminary hearing, currently scheduled for March 11, 2025 at 1:00 pm on the Motion for Relief, shall be rescheduled to **Tuesday, April 15, 2025 at 1:00 p.m.,** Courtroom B.  The automatic stay will continue until such time as a rescheduled preliminary hearing can be held pursuant to 11 U.S.C. §362(e).

The parties shall appear by phone and shall not appear in person at the scheduled hearing. Parties are responsible to call the Court to participate in the hearing five (5) minutes prior to the start of the hearing.  Parties scheduled to appear shall call the Court at 1-833-435-1820, Meeting Access Code: 161 324 5580.  Parties shall file their witness and exhibit lists 24 hours prior to the scheduled hearing.

**DATED:**  March 7, 2025

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE