# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>CHOICE MARKET HOLDINGS, INC.<br>EIN: 88-2490456,<br><br>*Debtor*. | Case No. 24-12394-JGR<br>Chapter 11, Subchapter V<br><br>Case No. 24-12397-JGR<br>Chapter 11, Subchapter V |
| CHOICE MARKET BANNOCK, LLC<br>EIN: 47-2515577,<br>*Debtor*. | **Jointly Administered Under**<br>**Case No. 24-12394-JGR** |
| NORTH STAR LEASING, A DIVISION OF PEOPLES BANK,<br><br>*Movant*,<br><br>v.<br><br>CHOICE MARKET HOLDINGS, INC.,<br><br>*Respondent*. | |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Movant, North Star Leasing, a division of Peoples Bank, by its attorney, Stephen M. Hladik, Esquire, hereby withdraws its Motion for Relief from Stay filed on February 20, 2025 at docket entry # 149.

Hladik, Onorato, & Federman, L.L.P.

By: /s/ Stephen M. Hladik
Stephen M. Hladik, Esquire
CO I.D. #56209
shladik@hoflawgroup.com
*Attorney for North Star Leasing, a Division of Peoples Bank*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>CHOICE MARKET HOLDINGS, INC.<br>EIN: 88-2490456,<br><br>*Debtor*. | Case No. 24-12394-JGR<br>Chapter 11, Subchapter V<br><br>Case No. 24-12397-JGR<br>Chapter 11, Subchapter V |
| CHOICE MARKET BANNOCK, LLC<br>EIN: 47-2515577,<br>*Debtor*. | **Jointly Administered Under<br>Case No. 24-12394-JGR** |
| NORTH STAR LEASING, A DIVISION OF PEOPLES BANK,<br><br>*Movant*,<br><br>v.<br><br>CHOICE MARKET HOLDINGS, INC.,<br><br>*Respondent*. | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Notice of Withdrawal at the respective last known address of each person set forth below.

VIA CM/ECF:

Steven E. Abelman, Esquire
sabelman@bhfs.com, gpassow@bhfs.com

Jeffrey S. Brinen, Esquire
jsb@kutnerlaw.com, vlm@kutnerlaw.com

Douglas W Brown, Esquire
dbrown@bdwfd.com, jkreh@bdwf-firm.com

Alison Goldenberg, Esquire
Alison.Goldenberg@usdoj.gov,
janice.hensen@usdoj.gov

John Leininger, Esquire
jcl@os.law, cpoteete@sbbolaw.com

Joli A. Lofstedt, Esquire
joli@jaltrustee.com,
ecf.alert+Lofstedt@titlexi.com,
brenda@jaltrustee.com

| | |
|---|---|
| Keri L. Riley, Esquire<br>klr@kutnerlaw.com, vlm@kutnerlaw.com | Amalia Y Sax-Bolder, Esquire<br>asax-bolder@bhfs.com,<br>aciabattoni@bhfs.com,<br>iblumberg@bhfs.com |
| Rachael L Smiley, Esquire<br>rsmiley@fbfk.law | US Trustee<br>USTPRegion19.DV.ECF@usdoj.gov |
| Deanna L. Westfall, Esquire<br>deanna.westfall@coag.gov,<br>Robert.padjen@coag.gov;<br>jade.darnell@coag.gov | Roger F. Friedman, Esquire<br>18575 Jamboree Road 9th Floor<br>Irvine, CA 92612 |

**2002-1 Certificate of Service of Notice**

The undersigned further certifies that on April 3, 2025, pursuant to L.B.R. 2002-1 and 9013-1 and Fed. R. Bankr. P. 2002(a)(3) a copy of the Notice of Withdrawal of North Star Leasing, a division of Peoples Bank was served on all creditors and parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for the above captioned case, obtained from PACER on April 3, 2025.

Hladik, Onorato, & Federman, L.L.P.

By: /s/ Stephen M. Hladik
Stephen M. Hladik, Esquire
CO I.D. #56209
shladik@hoflawgroup.com
*Attorney for North Star Leasing, a Division of Peoples Bank*